# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

ROBERT MANOSKY

WARRANT FOR ARREST

Mag. No. 04- 8123 (MCA)

05m-1038-JGD

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest <u>Robert Manosky</u> and bring him or her forthwith to the nearest magistrate to answer a(n)

___ Indictment   ___ Information   _X_ Complaint   ___ Order of court   ___ Violation Notice   ___ Probation Violation Petition

charging him with (brief description of offense)

the knowing and wilful possession of material which contained at least three images of child pornography, as defined in 18 U.S.C. § 2256, which were shipped and transported in interstate and foreign commerce, including by computer, and were produced using materials that were shipped and transported in interstate and foreign commerce, including by computer,

in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

Honorable Madeline Cox Arleo
**Name of Issuing Officer**

*Madeline Cox Arleo*
**Signature of Issuing Officer**

United States Magistrate Judge
**Title of Issuing Officer**

October 4, 2004; Newark, New Jersey
**Date and Location**

Bail fixed at $ _____ by _____

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
| Date of Arrest | | |