AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF                         MASSACHUSETTS

USA

V.

ROBERT MANOSKY

### EXHIBIT AND WITNESS LIST

Case Number:   05-M-1038-JGD

| PRESIDING JUDGE JUDITH G. DIEN | PLAINTIFF'S ATTORNEY RICHARDSON | DEFENDANT'S ATTORNEY LACHANCE |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY NOREEN A. RUSSO |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 2.23.05 | X | X | COMPLAINT |
| 2 | | 2.23.05 | X | X | PHOTOS (4) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Witness 1. Special Agent Boyd |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.