# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

    v.                                    MAGISTRATE JUDGE'S DOCKET
                                           NO. 2005-m- 1038-JGD

ROBERT MANOSKY,
    Defendant.

# *ORDER*

COLLINGS, U.S.M.J.

    The defendant was arrested in the District of Massachusetts on a warrant issued by the United States District Court for the District of New Jersey. The undersigned has ordered the defendant detained. The defendant and his counsel wish to have the case transferred to the District of Massachusetts for a plea of guilty pursuant to Rule 20, Fed. R. Crim. P. They have signed the necessary Rule 20 transfer form. It appears that the United States Attorney for the District of New Jersey is amenable to the transfer. The United States Attorney for the District of Massachusetts is amenable to the transfer provided a plea agreement can be reached.

Accordingly, AUSA Richardson will hold the executed Rule 20 transfer form until such time as a plea agreement is reached. When that occurs, he will sign the form, send it to the United States Attorney for the District of New Jersey for his/her signature, and the United States Attorney for the District of New Jersey will the file the form in that court and the case will be transferred to the District of Massachusetts.

Counsel are ORDERED to inform the Court forthwith if and when it appears that a plea agreement cannot be reached so that an Order of Removal can be issued.

The file is RETURNED to Judge Dein's session; Judge Dein will handle any future matters in this case.

/s/ *Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

Date: March 10, 2005.